No. 71–1118.  FORD MOTOR CO. v. W. F. HOLT & SONS, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 71–1203.  BANCO POPULAR DE PUERTO RICO v. LAS COLINAS, INC., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 71–5516.  WEDDEL v. CRAVEN, WARDEN, ET AL. Sup. Ct. Cal.  Certiorari denied.

No. 71–5517.  WEDDEL v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 71–5645.  ANDRADE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 71–5652.  GLOVER v. FLORIDA.  Ct. of Record of Escambia County.  Certiorari denied.

No. 71–5682.  O'DELL v. OHIO STATE MEDICAL BOARD. Ct. App. Ohio, Clermont County.  Certiorari denied.

No. 71–5693.  REID v. VIRGINIA.  C. A. 4th Cir.  Certiorari denied.

No. 71–5719.  STANDIFER v. JARVIS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 71–5730.  MEREDITH v. EYMAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–5742.  SIMS ET AL. v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 71–5787.  JACKSON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.